HENRY E. STEPHENSON, as Administrator of the Estate of MILDRED E. STEPHENSON, Deceased, Respondent, v. ALOYSIUS A. PARKER, Appellant.

(Argued June 3, 1930; decided June 13, 1930.)

*Ellsworth Baker* for appellant.

*John D. Lyons, Nellie Childs Smith* and *William Deckelman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.